

# Online Paystub - Advice Search Tool

**Pay Period Beginning Date: 04-29-2006 through Ending Date: 11-24-2006**

**Payroll Advice for:**  STEVEN A REEVES

| Pay Period End Date | Check / Advice # | Check / Deposit Date | Gross Amt | Net Amt |
|---|---|---|---|---|
| 05-12-2006 | 056919641 | 05-18-2006 | $1,190.73 | $861.60 |
| 05-26-2006 | 057699399 | 06-01-2006 | $1,344.38 | $963.06 |
| 06-09-2006 | 058473407 | 06-15-2006 | $1,814.70 | $1,253.48 |
| 06-23-2006 | 059162289 | 06-29-2006 | $1,217.90 | $880.42 |
| 07-07-2006 | 059845367 | 07-13-2006 | $588.84 | $430.30 |
| 07-21-2006 | 060525413 | 07-27-2006 | $1,465.68 | $1,037.90 |
| 08-04-2006 | 061209178 | 08-10-2006 | $1,507.93 | $1,071.84 |
| 08-18-2006 | 061896719 | 08-24-2006 | $1,398.41 | $1,004.94 |
| 09-01-2006 | 062587341 | 09-07-2006 | $1,661.06 | $1,166.77 |
| 09-15-2006 | 063281206 | 09-21-2006 | $1,497.99 | $1,066.23 |
| 09-29-2006 | 063971239 | 10-05-2006 | $1,593.83 | $1,126.02 |
| 10-13-2006 | 064665704 | 10-19-2006 | $1,458.22 | $1,041.76 |
| 10-27-2006 | 065363591 | 11-02-2006 | $1,395.38 | $922.62 |
| 11-10-2006 | 066069849 | 11-16-2006 | $1,479.72 | $974.74 |
| 11-24-2006 | 066797226 | 11-30-2006 | $1,424.66 | $1,033.07 |

Privacy Policy
Copyright © 2003-2004 Wal-Mart Stores, Inc.

 

# Wal-Mart statement of Earnings and Deductions.

702 S.W. 8th St., Bentonville, Arkansas 72716.

**Pay Period Beginning Date: 11-11-2006 through Ending Date: 11-24-2006**

| STEVEN A REEVES<br>1202 CR 126<br>NEW ALBANY, MS 38652 | **Payee**<br>STEVEN A REEVES | **Type**<br>WSCHK | **Account #** | **Amount**<br>$1,033.07 |
|---|---|---|---|---|
| | | | **Total Amount** | **$1,033.07** |

| **Check Date**<br>11-30-2006 | **Check #**<br>066797226 | **Check Cleared On:** This check has not cleared yet. |
|---|---|---|

| **W4 Withholding:** | **Tax Method:** | **Exemptions:** | **Additional Withholding:** |
|---|---|---|---|
| Federal | Single | 0 | $0.00 |

*Note: State and local W4 information is not available at this time.*

| Description | Rate | Hours | Earnings | Year to Date | Type of Deductions | Taxes / Deductions | Year to Date |
|---|---|---|---|---|---|---|---|
| REGULAR EARNING | $16.2000 | 61.16 | $990.79 | $24,883.12 | FEDERAL TAX | $202.60 | $4,740.58 |
| OVERTIME EARN | | | $0.00 | $370.70 | SOCIAL SECURITY | $108.94 | $2,548.08 |
| SICK PAY | | | $0.00 | $616.27 | MISSISSIPPI | $61.00 | $1,418.00 |
| VAC PAY | | | $0.00 | $2,742.00 | INS LIFE ARR | $0.58 | $1.74 |
| HOLIDAY PAY | $16.2000 | 10.00 | $162.00 | $648.00 | INS DEP LIFE | $0.92 | $2.76 |
| CO STK CONT | | | $0.75 | $12.75 | INS STD | $9.11 | $211.70 |
| VAC PAYOUT WHS | | | $0.00 | $162.00 | INS LTD-HOURLY | $2.14 | $40.75 |
| OTHER PAY | | | $0.00 | $275.00 | INS MED U * | $0.00 | $569.71 |
| HOL DEF PAYOUT | | | $0.00 | $324.00 | INS MED ARR U* | $0.00 | $98.84 |
| WHSE INCENTIVE | | | $0.00 | $1,101.27 | INS DEN U * | $0.00 | $69.00 |
| GROCERY INCENT | | | $109.12 | $2,756.63 | INS AD&D U * | $0.55 | $13.20 |
| PERSONAL TIME | $16.2000 | 10.00 | $162.00 | $162.00 | AM CANCER SOC | $0.00 | $1.00 |
| | | | | | CO STK CONT | $0.75 | $12.75 |
| SICK AVAILABLE | | 100.31 | | | STOCK PURCH | $5.00 | $85.00 |
| PERS HRS AVAIL | | 14.00 | | | UNITED WAY | $0.00 | $150.00 |

| | Earnings | Taxes | Deductions | Net Pay |
|---|---|---|---|---|
| Current | $1,424.66 | $372.54 | $19.05 | $1,033.07 |
| Year to Date | $34,058.99 | $8,706.66 | $1,296.70 | $24,055.63 |

| Check No. | Amt. of Check |
|---|---|
| 066797226 | $1,033.07 |

Privacy Policy
Copyright © 2003-2004 Wal-Mart Stores, Inc.