CLF 67bk
(Rev. 06/17/03)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

Cochran U.S. Bankruptcy Courthouse
703 Highway 145 North
Aberdeen, MS 39730
Telephone: 662−369−2596

---

In Re:    Steven Reeves
          Debtor(s)

Case No.: 06−13120−DWH
Chapter: 7
Judge: David W. Houston III

---

PLEASE TAKE NOTICE that a hearing will be held at

Cochran U.S. Bankruptcy Courthouse, 703 Highway 145 North, Aberdeen, MS

on 1/9/07 at 10:00 AM

to consider and act upon the following:

*9* − Motion to Abandon ., Motion for Relief from Stay . Filed by Larry Spencer on behalf of Citizens Automobile Finance . Objections to Motion for Relief from Stay due by 1/2/2007. (Entered on Docket by: Rowe, Sallie)

Should any party receiving this notice respond or object to said motion such response or objection is required to be filed with the Clerk of this court and served on the Attorney for Movant on or before said objection due date. If any objection or response is filed, a hearing will be held on the above mentioned date; otherwise, the Court may consider said motion immediately after the objection or response due date.

Dated: 12/15/06

David J. Puddister
Clerk, U.S. Bankruptcy Court

BY: Wanda Edwards
    Deputy Clerk

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0537-1           User: edwards              Page 1 of 1              Date Rcvd: Dec 15, 2006
Case: 06-13120                 Form ID: hrg3              Total Served: 5

The following entities were served by first class mail on Dec 17, 2006.
db         +Steven Reeves,   1202 CR 126,   New Albany, MS 38652-9647
aty        +Bart M. Adams,   108 E. Jefferson St.,   Ripley, MS 38663-2016
aty         Larry Spencer,   King & Spencer,   235 E. Capitol St.,   P.O. Box 123,   Jackson, MS  39205-0123
tr         +Stephen P. Livingston, Sr.,   P.O. Box 729,   New Albany, MS 38652-0729
ust        +U. S. Trustee,   100 West Capitol Street,   Suite 706,   Jackson, MS 39269-1607

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Dec 17, 2006**                              Signature: _Joseph Speetjens_