IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI

IN RE: STEVEN REEVES                                                      DEBTOR(S)
                                                          CASE NO. 06-13120-DWH
STEVEN REEVES and STEPHEN P. LIVINGSTON, SR, TRUSTEE        RESPONDENTS

CITIZENS AUTOMOBILE FINANCE, INC.                              CREDITOR

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY
## AND DIRECTING ABANDONMENT

THIS DAY this case came on for hearing on the motion of Citizens Automobile Finance, Inc. to grant relief from the automatic stay and to direct the trustee to abandon certain property, and the Court having considered said motion and being duly advised on the premises, find that said motion should be granted.

IT IS, THEREFORE, ORDERED that Citizens Automobile Finance, Inc. be and is hereby granted relief from the automatic stay as to the property described as one (1) 2005 Pontiac GTO vehicle bearing 6G2VX12U05L439347, and the trustee is directed to abandon said property.

IT IS FURTHER ORDERED that the stay relief granted that this order is effective immediately, and this order is excepted from the stay provisions of *Bankruptcy Rule 4001(a)(3)*.

SO ORDERED, this the __11th__ day of __January__ 2007.

APPROVED:

_____
_____
LARRY SPENCER, Attorney for Citizens

_____
BART M. ADAMS, Attorney for Debtor

_____
U.S. BANKRUPTCY COURT JUDGE

KING & SPENCER
POST OFFICE BOX 123
JACKSON, MS 39205
PHONE: 601-948-1547, MB #7730